**Order entered June 28, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00289-CV

### CITY OF DALLAS, Appellant

### V.

### HEATHER RUSSELL, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-16097**

## ORDER

Before the Court is appellant's June 27, 2018 unopposed motion for extension of time to file reply brief. We **GRANT** the motion and **ORDER** the brief be filed no later than July 20, 2018.

/s/     DAVID EVANS
          JUSTICE